No. 90–710. St. Paul Fire & Marine Insurance Co. *v.* Superior Court of California for the City and County of San Francisco (Jones et al., Real Parties in Interest). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–715. Grushkin *v.* Santa Clara Superior Court. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 90–716. Krain *v.* Johnson et al. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–721. Clark *v.* Thomson McKinnon Securities, Inc. C. A. 11th Cir. Certiorari denied.

No. 90–723. Qureshi *v.* Phico Insurance Co. et al. C. A. D. C. Cir. Certiorari denied.

No. 90–732. In re Kerlinsky. Sup. Jud. Ct. Mass. Certiorari denied.

No. 90–734. Mitrano *v.* Ruble. Sup. Ct. Va. Certiorari denied.

No. 90–736. Teagardener et al. *v.* Republic-Franklin Inc. Pension Plan et al. C. A. 6th Cir. Certiorari denied.

No. 90–738. Schnorbus et al. *v.* Director of Revenue of Missouri. Sup. Ct. Mo. Certiorari denied.

No. 90–739. Renfro et al. *v.* Kentucky Board of Dentistry et al. Ct. App. Ky. Certiorari denied.

No. 90–742. Soto *v.* United States Postal Service. C. A. 1st Cir. Certiorari denied.

No. 90–746. Kuntz *v.* Little Miami Railroad Co. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 90–751. Karst *v.* Woods. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–754. Perkins *v.* Farm Credit Bank of Wichita et al. C. A. 10th Cir. Certiorari denied.